


**Extraction Report** - Google Android Generic

## Tags (77)

| # | Type | Name | Tag description | Event | Tags | Created | Modified |
|---|------|------|-----------------|-------|------|---------|----------|
| 1 | Searched Items | | | #ddlg | Evidence | 5/6/2025 12:27:15 PM | 5/6/2025 12:27:15 PM |
| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account |
| 2/16/2025 11:13:00 PM(UTC-7) | Twitter **Source file:** EXTRACTION_FFS.zip/data/data/com.twitter.android/databases/1695096987778252800-search.db-wal : 0x4A208 (Size: 416152 bytes) | #ddlg | | Default | | Yes | |
| 2 | Searched Items | | | #cnckink | Evidence | 5/6/2025 12:27:15 PM | 5/6/2025 12:27:15 PM |
| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account |
| 2/16/2025 11:13:25 PM(UTC-7) | Twitter **Source file:** EXTRACTION_FFS.zip/data/data/com.twitter.android/databases/1695096987778252800-search.db-wal : 0x4A1E1 (Size: 416152 bytes) | #cnckink | | Default | | Yes | |
| 3 | Searched Items | | | #barelylegal | Evidence | 5/6/2025 12:27:15 PM | 5/6/2025 12:27:15 PM |
| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account |
| 2/16/2025 11:19:40 PM(UTC-7) | Twitter **Source file:** EXTRACTION_FFS.zip/data/data/com.twitter.android/databases/1695096987778252800-search.db-wal : 0x4A1B4 (Size: 416152 bytes) | #barelylegal | | Default | | Yes | |
| 4 | Searched Items | | | #youngslut | Evidence | 5/6/2025 12:27:15 PM | 5/6/2025 12:27:15 PM |
| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account |
| 2/16/2025 11:15:36 PM(UTC-7) | Twitter **Source file:** EXTRACTION_FFS.zip/data/data/com.twitter.android/databases/1695096987778252800-search.db-wal : 0x4A17F (Size: 416152 bytes) | #youngslut | | Default | | Yes | |
| 5 | Searched Items | | | #pytteen | Evidence | 5/6/2025 12:27:15 PM | 5/6/2025 12:27:15 PM |
| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account |
| 2/16/2025 11:16:19 PM(UTC-7) | Twitter **Source file:** EXTRACTION_FFS.zip/data/data/com.twitter.android/databases/1695096987778252800-search.db-wal : 0x4A14E (Size: 416152 bytes) | #pytteen | | Default | | Yes | |
| 6 | Searched Items | | | #pervbait | Evidence | 5/6/2025 12:27:15 PM | 5/6/2025 12:27:15 PM |
| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2/16/2025 11:16:59 PM(UTC-7) | Twitter **Source file:** EXTRACTION_FFS.zip/data/data/com.twitter.android/databases/1695096987778252800-search.db-wal : 0x4A121 (Size: 416152 bytes) | | #perv/salt | | Default | | Yes | |

| 7 | Searched Items | | | #eighteen | | Evidence | | 5/6/2025 12:27:15 PM | 5/6/2025 12:27:15 PM |
|---|---|---|---|---|---|---|---|---|---|
| Timestamp | Source | | Value | Parameters | Origin | Service Identifier | Deleted | Account | |
| 2/16/2025 11:20:27 PM(UTC-7) | Twitter **Source file:** EXTRACTION_FFS.zip/data/data/com.twitter.android/databases/1695096987778252800-search.db-wal : 0x4A0F2 (Size: 416152 bytes) | | #eighteen | | Default | | Yes | | |

| 8 | Searched Items | | | #littlegirl | | Evidence | | 5/6/2025 12:27:15 PM | 5/6/2025 12:27:15 PM |
|---|---|---|---|---|---|---|---|---|---|
| Timestamp | Source | | Value | Parameters | Origin | Service Identifier | Deleted | Account | |
| 2/16/2025 11:21:07 PM(UTC-7) | Twitter **Source file:** EXTRACTION_FFS.zip/data/data/com.twitter.android/databases/1695096987778252800-search.db-wal : 0x4A0C3 (Size: 416152 bytes) | | #littlegirl | | Default | | Yes | | |

| 9 | Searched Items | | | Little Kiki | | Evidence | | 5/6/2025 12:27:15 PM | 5/6/2025 12:27:15 PM |
|---|---|---|---|---|---|---|---|---|---|
| Timestamp | Source | | Value | Parameters | Origin | Service Identifier | Deleted | Account | |
| 2/16/2025 11:22:35 PM(UTC-7) | Twitter **Source file:** EXTRACTION_FFS.zip/data/data/com.twitter.android/databases/1695096987778252800-search.db-wal : 0x49F11 (Size: 416152 bytes) | | Little Kiki | | Default | | Yes | | |

| 10 | Searched Items | | | #ddlgkink | | Evidence | | 5/6/2025 12:27:15 PM | 5/6/2025 12:27:15 PM |
|---|---|---|---|---|---|---|---|---|---|
| Timestamp | Source | | Value | Parameters | Origin | Service Identifier | Deleted | Account | |
| 2/16/2025 11:25:54 PM(UTC-7) | Twitter **Source file:** EXTRACTION_FFS.zip/data/data/com.twitter.android/databases/1695096987778252800-search.db-wal : 0x49FCE (Size: 416152 bytes) | | #ddlgkink | | Default | | Yes | | |

| 11 | Searched Items | | | #agegap | | Evidence | | 5/6/2025 12:27:15 PM | 5/6/2025 12:27:15 PM |
|---|---|---|---|---|---|---|---|---|---|
| Timestamp | Source | | Value | Parameters | Origin | Service Identifier | Deleted | Account | |
| 2/16/2025 11:08:26 PM(UTC-7) | Twitter **Source file:** EXTRACTION_FFS.zip/data/data/com.twitter.android/databases/1695096987778252800-search.db-wal : 0x49440 (Size: 416152 bytes) | | #agegap | | Default | | Yes | | |

| 12 | Searched Items | | | #cnc | | Evidence | | 5/6/2025 12:27:15 PM | 5/6/2025 12:27:15 PM |
|---|---|---|---|---|---|---|---|---|---|
| Timestamp | Source | | Value | Parameters | Origin | Service Identifier | Deleted | Account | |
| 2/16/2025 11:09:03 PM(UTC-7) | Twitter **Source file:** EXTRACTION_FFS.zip/data/data/com.twitter.android/databases/1695096987778252800-search.db-wal : 0x49315 (Size: 416152 bytes) | | #cnc | | Default | | Yes | | |

| 13 | Searched Items | | | #taboo | | Evidence | | 5/6/2025 12:27:15 PM | 5/6/2025 12:27:15 PM |
|---|---|---|---|---|---|---|---|---|---|
| Timestamp | Source | | Value | Parameters | Origin | Service Identifier | Deleted | Account | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2/16/2025 11:09:28 PM(UTC-7) | Twitter **Source file:** EXTRACTION_FFS.zip/data/data/com.twitter.android/databases/1695096987778252800-search.db-wal : 0x492F1 (Size: 416152 bytes) | #taboo | | Default | | Yes | |
| 14 | Searched Items | | | #FamilyIncest | Evidence | | 5/6/2025 12:27:15 PM | 5/6/2025 12:27:15 PM |
| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account | |
| 2/16/2025 11:10:09 PM(UTC-7) | Twitter **Source file:** EXTRACTION_FFS.zip/data/data/com.twitter.android/databases/1695096987778252800-search.db-wal : 0x492C8 (Size: 416152 bytes) | #FamilyIncest | | Default | | Yes | |
| 15 | Searched Items | | | #familysecrets | Evidence | | 5/6/2025 12:27:15 PM | 5/6/2025 12:27:15 PM |
| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account | |
| 2/16/2025 11:11:10 PM(UTC-7) | Twitter **Source file:** EXTRACTION_FFS.zip/data/data/com.twitter.android/databases/1695096987778252800-search.db-wal : 0x49291 (Size: 416152 bytes) | #familysecrets | | Default | | Yes | |
| 16 | Searched Items | | | #slutdaughter | Evidence | | 5/6/2025 12:27:15 PM | 5/6/2025 12:27:15 PM |
| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account | |
| 2/16/2025 11:12:13 PM(UTC-7) | Twitter **Source file:** EXTRACTION_FFS.zip/data/data/com.twitter.android/databases/1695096987778252800-search.db-wal : 0x49258 (Size: 416152 bytes) | #slutdaughter | | Default | | Yes | |
| 17 | Searched Items | | | #daddykink | Evidence | | 5/6/2025 12:27:15 PM | 5/6/2025 12:27:15 PM |
| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account | |
| 2/16/2025 11:12:47 PM(UTC-7) | Twitter **Source file:** EXTRACTION_FFS.zip/data/data/com.twitter.android/databases/1695096987778252800-search.db-wal : 0x49221 (Size: 416152 bytes) | #daddykink | | Default | | Yes | |
| 18 | Searched Items | | | teen pussy | Evidence | | 5/6/2025 12:27:27 PM | 5/6/2025 12:27:27 PM |
| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account | |
| 2/16/2025 11:07:04 PM(UTC-7) | Twitter **Source file:** EXTRACTION_FFS.zip/data/data/com.twitter.android/databases/1695096987778252800-search.db-wal : 0x494A2 (Size: 416152 bytes) | teen pussy | | Default | | Yes | |
| 19 | Searched Items | | | #creepshot | Evidence | | 5/6/2025 12:27:27 PM | 5/6/2025 12:27:27 PM |
| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account | |
| 2/16/2025 11:08:05 PM(UTC-7) | Twitter **Source file:** EXTRACTION_FFS.zip/data/data/com.twitter.android/databases/1695096987778252800-search.db-wal : 0x49471 (Size: 416152 bytes) | #creepshot | | Default | | Yes | |
| 20 | Searched Items | | | Daddy's butt slut | Evidence | | 5/6/2025 12:29:30 PM | 5/6/2025 12:29:30 PM |
| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account | |

| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account |
|---|---|---|---|---|---|---|---|
| 1/19/2025 1:24:43 PM(UTC-7) | Chrome **Source file:** EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9C805 (Table: visits, keyword_search_terms; Size: 1769472 bytes) | Daddy's butt slut | | Default | | | |

| 21 | Searched Items | | | Daddy's butt slut | | Evidence | | 5/6/2025 12:29:30 PM | 5/6/2025 12:29:30 PM |
|---|---|---|---|---|---|---|---|---|---|

| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account |
|---|---|---|---|---|---|---|---|
| 1/19/2025 1:25:40 PM(UTC-7) | Chrome **Source file:** EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9C6D7 (Table: visits, keyword_search_terms; Size: 1769472 bytes) | Daddy's butt slut | | Default | | | |

| 22 | Searched Items | | | snapchat | | Evidence | | 5/6/2025 12:29:48 PM | 5/6/2025 12:29:48 PM |
|---|---|---|---|---|---|---|---|---|---|

| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account |
|---|---|---|---|---|---|---|---|
| 12/29/2024 7:43:17 PM(UTC-7) | Play Store **Source file:** EXTRACTION_FFS.zip/data/data/com.android.vending/databases/suggestions.db : 0x3F42 (Table: suggestions; Size: 20480 bytes) | snapchat | | Default | | | |

| 23 | Searched Items | | | Daddy's little slut | | Evidence | | 5/6/2025 12:29:48 PM | 5/6/2025 12:29:48 PM |
|---|---|---|---|---|---|---|---|---|---|

| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account |
|---|---|---|---|---|---|---|---|
| 1/19/2025 12:22:57 PM(UTC-7) | Chrome **Source file:** EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0xEB0A3 (Table: visits, keyword_search_terms; Size: 1769472 bytes) | Daddy's little slut | | Default | | | |

| 24 | Searched Items | | | Daddy's little slut | | Evidence | | 5/6/2025 12:29:48 PM | 5/6/2025 12:29:48 PM |
|---|---|---|---|---|---|---|---|---|---|

| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account |
|---|---|---|---|---|---|---|---|
| 1/19/2025 12:23:26 PM(UTC-7) | Chrome **Source file:** EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9CFBF (Table: visits, keyword_search_terms; Size: 1769472 bytes) | Daddy's little slut | | Default | | | |

| 25 | Searched Items | | | Daddy's little slut | | Evidence | | 5/6/2025 12:29:48 PM | 5/6/2025 12:29:48 PM |
|---|---|---|---|---|---|---|---|---|---|

| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account |
|---|---|---|---|---|---|---|---|
| 1/19/2025 12:23:46 PM(UTC-7) | Chrome **Source file:** EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9CF0C (Table: visits, keyword_search_terms; Size: 1769472 bytes) | Daddy's little slut | | Default | | | |

| 26 | Searched Items | | | Daddy's cum slut | | Evidence | | 5/6/2025 12:29:48 PM | 5/6/2025 12:29:48 PM |
|---|---|---|---|---|---|---|---|---|---|

| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account |
|---|---|---|---|---|---|---|---|
| 1/19/2025 12:23:46 PM(UTC-7) | Chrome **Source file:** EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9CEE0 (Table: visits, keyword_search_terms; Size: 1769472 bytes) | Daddy's cum slut | | Default | | | |

| 27 | Searched Items | | | Daddy's cum slut | | Evidence | | 5/6/2025 12:29:48 PM | 5/6/2025 12:29:48 PM |
|---|---|---|---|---|---|---|---|---|---|

| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account |
|---|---|---|---|---|---|---|---|
| 1/19/2025 12:23:47 PM(UTC-7) | Chrome **Source file:** EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9CEB2 (Table: visits, keyword_search_terms; Size: 1769472 bytes) | Daddy's cum slut | | Default | | | |

| 28 | Searched Items | | | Daddy's cum slut | Evidence | | 5/6/2025 12:29:48 PM | 5/6/2025 12:29:48 PM |
|---|---|---|---|---|---|---|---|---|

| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account |
|---|---|---|---|---|---|---|---|
| 1/19/2025 12:23:48 PM(UTC-7) | Chrome **Source file:** EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9CE83 (Table: visits, keyword_search_terms; Size: 1769472 bytes) | Daddy's cum slut | | Default | | | |

| 29 | Searched Items | | | Daddy's cum slut | Evidence | | 5/6/2025 12:29:48 PM | 5/6/2025 12:29:48 PM |
|---|---|---|---|---|---|---|---|---|

| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account |
|---|---|---|---|---|---|---|---|
| 1/19/2025 12:24:49 PM(UTC-7) | Chrome **Source file:** EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9CE54 (Table: visits, keyword_search_terms; Size: 1769472 bytes) | Daddy's cum slut | | Default | | | |

| 30 | Searched Items | | | Daddy's cum slut | Evidence | | 5/6/2025 12:29:48 PM | 5/6/2025 12:29:48 PM |
|---|---|---|---|---|---|---|---|---|

| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account |
|---|---|---|---|---|---|---|---|
| 1/19/2025 12:25:04 PM(UTC-7) | Chrome **Source file:** EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9CC20 (Table: visits, keyword_search_terms; Size: 1769472 bytes) | Daddy's cum slut | | Default | | | |

| 31 | Searched Items | | | i love daddy | Evidence | | 5/6/2025 12:29:48 PM | 5/6/2025 12:29:48 PM |
|---|---|---|---|---|---|---|---|---|

| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account |
|---|---|---|---|---|---|---|---|
| 1/19/2025 12:25:04 PM(UTC-7) | Chrome **Source file:** EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9CBF4 (Table: visits, keyword_search_terms; Size: 1769472 bytes) | i love daddy | | Default | | | |

| 32 | Searched Items | | | i love daddy | Evidence | | 5/6/2025 12:29:48 PM | 5/6/2025 12:29:48 PM |
|---|---|---|---|---|---|---|---|---|

| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account |
|---|---|---|---|---|---|---|---|
| 1/19/2025 12:25:06 PM(UTC-7) | Chrome **Source file:** EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9CBC6 (Table: visits, keyword_search_terms; Size: 1769472 bytes) | i love daddy | | Default | | | |

| 33 | Searched Items | | | i love daddy | Evidence | | 5/6/2025 12:29:48 PM | 5/6/2025 12:29:48 PM |
|---|---|---|---|---|---|---|---|---|

| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account |
|---|---|---|---|---|---|---|---|

| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account |
|---|---|---|---|---|---|---|---|
| 1/19/2025 12:25:08 PM(UTC-7) | Chrome Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9CB97 (Table: visits, keyword_search_terms; Size: 1769472 bytes) | i love daddy | | Default | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 34 | Searched Items | | i love daddy | Evidence | | 5/6/2025 12:29:48 PM | 5/6/2025 12:29:48 PM |

| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account |
|---|---|---|---|---|---|---|---|
| 1/19/2025 12:25:33 PM(UTC-7) | Chrome Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9CB69 (Table: visits, keyword_search_terms; Size: 1769472 bytes) | i love daddy | | Default | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 35 | Searched Items | | what is prison like in florida | Evidence | | 5/6/2025 12:30:25 PM | 5/6/2025 12:30:25 PM |

| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account |
|---|---|---|---|---|---|---|---|
| | Chrome Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/Preferences : 0x2A9C8 (Size: 201593 bytes) | what is prison like in florida | | Default | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 36 | Searched Items | | can a sex offender get a cdl | Evidence | | 5/6/2025 12:30:25 PM | 5/6/2025 12:30:25 PM |

| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account |
|---|---|---|---|---|---|---|---|
| | Chrome Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/Preferences : 0x2A9C8 (Size: 201593 bytes) | can a sex offender get a cdl | | Default | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 37 | Searched Items | | florida warrant search | Evidence | | 5/6/2025 12:30:59 PM | 5/6/2025 12:30:59 PM |

| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account |
|---|---|---|---|---|---|---|---|
| | Chrome Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/Preferences : 0x2A9C8 (Size: 201593 bytes) | florida warrant search | | Default | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 38 | Searched Items | | arizona warrant search | Evidence | | 5/6/2025 12:31:06 PM | 5/6/2025 12:31:06 PM |

| Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account |
|---|---|---|---|---|---|---|---|
| | Chrome Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/Preferences : 0x2A9C8 (Size: 201593 bytes) | arizona warrant search | | Default | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 39 | Web History | | Check-In | Frontier Airlines | Evidence | | 5/6/2025 12:33:36 PM | 5/6/2025 12:33:36 PM |

| Title | URL | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |
|---|---|---|---|---|---|---|---|
| Check-In | Frontier Airlines | https://www.flyfrontier.com/travel/my-trips/check-in/?mobile=true | 2/21/2025 11:39:29 AM(UTC-7) | | | Artifact Family: Source Repository Path: | Source: Chrome Account: Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x144C63 (Table: visits, urls; Size: 1769472 bytes) Service Identifier: | |

| # | Type | Title | URL | | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |
|---|---|---|---|---|---|---|---|---|---|---|
| 40 | Web History | | | Vero Beach Inn & Suites - Super.com Hotel Deals | Evidence | | | 5/6/2025 12:34:14 PM | 5/6/2025 12:34:14 PM | |
| | | Title | URL | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted | |
| | | Vero Beach Inn & Suites - Super.com Hotel Deals | https://www.super.com/travel/transition?utm_source=gha&utm_content=mapresults&currency=USD&user_country=US&verification=false&rate_rule_ids=&date_type=default&rate_rule_id=signedin_mobile&display_currency=USD&display_all_inclusive_price=125.22&checkin_at=2025-02-22&checkout_at=2025-02-24&provider_hotel_id=10006372116&provider=ean&num_adults=2&children=%5B%5D&hotel_campaign=&utm_campaign=&user_locale=en-US&user_list_id=&utm_medium=organic&utm_id=gha_organic&price=111.8&total_price=125.22&retail_price=249.0&retail_total_price=278.88&request_id=3abb4ef9-6730-443f-81e6-c003f0100cfc&ps=1642223604&pp=5akSAwwJoToU-u0grTVKvw&pb=C_ufJDFaCXMQnt7Uj0XZC7gULiWfP5qJdc5_8VLm-5kxqxEaFqohj6ynf6a-505XqvABzkExXhKxxhZjDY-IeGZBCQz5-zZPp7baA6eABrDtDDrUb_0Japvxp6fXz_Vd3wJFLMTvmuPtnYMnUSatJG2RMWFavAUw0dJFuX8NV-W0NEqUUIZPk_zi7rBXTV8eRbblJJAO2zaUI7VVV0Hpi4rnEwwtqP6Moa84zFtPFOA3E7XPkPvqsePmub3x0Ak1dxzlqlsT1eyzIF2LGz3emyjax81wE3Nz8-YNcB-r_ygDWkshBlMUIEYHZaJD8Upo5JbVCETKwGNaF0AKNyGSfqBmP8spYDLx7OGZg8U12mE%3D&gha_pull_request=True&rtp=SdTUqdR7wIew8aRS9esAtw%3D%3D&risk_lk_1=true&alwd_risk=false&alwd_rand=false&gt=1740226135&sg=pAHQ7&sid=D1&ttl_bkt=control&impr_timeout=false&from_meta_listview=true&meta_hco=true&orig_url=false&transition_redirect=true&unauth_bfo=true&rate_redis_id=fd92fa85-0f66-4f9a-a11b-740378f468d6 | 2/22/2025 5:41:44 AM(UTC-7) | | | Artifact Family:<br>Source Repository Path: | Source: Chrome<br>Account:<br>Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x144798 (Table: visits, urls; Size: 1769472 bytes)<br>Service Identifier: | |
| 41 | Web History | | | Vero Beach Inn & Suites - Super.com Hotel Deals | Evidence | | | 5/6/2025 12:34:21 PM | 5/6/2025 12:34:21 PM | |
| | | Title | URL | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted | |
| | | Vero Beach Inn & Suites - Super.com Hotel Deals | https://www.super.com/travel/bookings/1f21c31e-65bb-4731-9861-4d316ca2af9b/confirmation?show_interstitial=true&sa_redirect=false&is_direct_from_booking=true | 2/22/2025 5:47:00 AM(UTC-7) | | | Artifact Family:<br>Source Repository Path: | Source: Chrome<br>Account:<br>Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x1446ED (Table: visits, urls; Size: 1769472 bytes)<br>Service Identifier: | |
| 42 | Web History | | | Check-In | Frontier Airlines | Evidence | | | 5/6/2025 12:35:43 PM | 5/6/2025 12:35:43 PM | |
| | | Title | URL | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted | |
| | | Check-In | Frontier Airlines | https://www.flyfrontier.com/travel/my-trips/check-in/?mobile=true | 2/24/2025 6:23:10 AM(UTC-7) | | | Artifact Family:<br>Source Repository Path: | Source: Chrome<br>Account:<br>Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x1444B7 (Table: visits, urls; Size: 1769472 bytes)<br>Service Identifier: | |
| 43 | Web History | | | Daddy's little slut - Google Search | Evidence | | | 5/8/2025 12:30:35 PM | 5/8/2025 12:30:35 PM | |
| | | Title | URL | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted | |
| | | Daddy's little slut - Google Search | https://www.google.com/froogle?client=ms-android-cricket-us-revc&sca_esv=a4c5c968ead58a07&hl=en-US&cs=1&output=search&q=Daddy%27s+little+slut&tbm=shop&source=lnms&fbs=AEQNm0B3WNFCYvaBrNDHYAL-6rQSgOnttp4UYjzSIkm7NCfGkE3iM6FjqMtSN3ws797mLSEa3sCF0YZL5djHWwUN2jcd42QpEMfE423t3ZnUkEPIotTQcc1daqb4d-1gt2SiEirCxwcXiUn0p80AUiVhVbT4p74QYE2Faj4wDj0UqPA7A3aeFgvIAmqQMZePnrsS6u4hc1hDPPyVhuozwTZ7v88tDTECzNYC8ZMbhIF2brcVC3lmf6I&ved=1t%3A200715&ictx=111 | 1/19/2025 12:22:57 PM(UTC-7) | | | Artifact Family:<br>Source Repository Path: | Source: Chrome<br>Account:<br>Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0xEB0CA (Table: visits, urls; Size: 1769472 bytes)<br>Service Identifier: | |
| 44 | Web History | | | Daddy's little slut - Google Search | Evidence | | | 5/8/2025 12:30:35 PM | 5/8/2025 12:30:35 PM | |
| | | Title | URL | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Daddy's little slut - Google Search | https://www.google.com/search?q=Daddy%27s+little+slut&hl=en-US&ved=1t:200715&ictx=111&tbm=shop&shopcct=1 | | | 1/19/2025 12:22:57 PM(UTC-7) | | | Artifact Family:<br><br>Source Repository Path: | Source: Chrome<br>Account:<br>Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0xEB0A3 (Table: visits, urls; Size: 1769472 bytes)<br>Service Identifier: | |
| 45 | Web History | | | Daddy's little slut - Google Search | Evidence | | 5/8/2025 12:30:35 PM | 5/8/2025 12:30:35 PM |
| Title | URL | | | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |
| Daddy's little slut - Google Search | https://www.google.com/search?q=Daddy%27s+little+slut&hl=en-US&ved=1t:200715&ictx=111&shopcct=1&udm=28 | | | 1/19/2025 12:22:57 PM(UTC-7) | | | Artifact Family:<br><br>Source Repository Path: | Source: Chrome<br>Account:<br>Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9CFEE (Table: visits, urls; Size: 1769472 bytes)<br>Service Identifier: | |
| 46 | Web History | | | Daddy's little slut - Google Search | Evidence | | 5/8/2025 12:30:35 PM | 5/8/2025 12:30:35 PM |
| Title | URL | | | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |
| Daddy's little slut - Google Search | https://www.google.com/search?q=Daddy%27s+little+slut&hl=en-US&ved=1t:200715&ictx=111&shopcct=1&udm=28 | | | 1/19/2025 12:23:46 PM(UTC-7) | | | Artifact Family:<br><br>Source Repository Path: | Source: Chrome<br>Account:<br>Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9CF0C (Table: visits, urls; Size: 1769472 bytes)<br>Service Identifier: | |
| 47 | Web History | | | Daddy's little slut - Google Search | Evidence | | 5/8/2025 12:30:35 PM | 5/8/2025 12:30:35 PM |
| Title | URL | | | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |
| Daddy's little slut - Google Search | https://www.google.com/search?q=Daddy%27s+little+slut&hl=en-US&ved=1t:200715&ictx=111&shopcct=1&udm=28#sbfbu=1&pi=Daddy's%20little%20slut | | | 1/19/2025 12:23:26 PM(UTC-7) | | | Artifact Family:<br><br>Source Repository Path: | Source: Chrome<br>Account:<br>Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9CFBF (Table: visits, urls; Size: 1769472 bytes)<br>Service Identifier: | |
| 48 | Web History | | | Daddy's cum slut - Google Search | Evidence | | 5/8/2025 12:30:35 PM | 5/8/2025 12:30:35 PM |
| Title | URL | | | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |
| Daddy's cum slut - Google Search | https://www.google.com/search?q=Daddy%27s+cum+slut&sca_esv=a4c5c968ead58a07&hl=en-US&udm=28&sxsrf=ADLYWII_qzScMVNKT_xHCnu3uYPQr1KxWQ%3A1737314577750&ei=EVGNZ5PALdLGkPIPq466wAw&oq=Daddy%27s+cum+slut&gs_lp=Ehxtb2JpbGUtZ3dzLW1vZGVsZXNzLXNob3BbwaW5nIhBEYWRkeSdzIGN1bSBzbHV0SLeZAVDvIIj-IAFwBHgAkAEAmAHDAaAB4BKqAQQwLjE1uAEDyAEA-AEBmAIILoAL_CqgCA8ICBxAjGCcY6gLCAgQQIxgngwIKEAAYgAQYQYxiKBcICBRAAGIAEwgIHEAAYgAQYCsICBhAAGBYYHsICBRAhGGoGKsCmAMR8QX6Ir4B5u05RZIHAzMuOKAH_yU&sclient=mobile-gws-modeless-shopping | | | 1/19/2025 12:23:46 PM(UTC-7) | | | Artifact Family:<br><br>Source Repository Path: | Source: Chrome<br>Account:<br>Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9CEE0 (Table: visits, urls; Size: 1769472 bytes)<br>Service Identifier: | |
| 49 | Web History | | | Daddy's cum slut - Google Search | Evidence | | 5/8/2025 12:30:35 PM | 5/8/2025 12:30:35 PM |
| Title | URL | | | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Daddy's cum slut - Google Search | https://www.google.com/search?q=Daddy%27s+cum+slut&sca_esv=a4c5c968ead58a07&hl=en-US&udm=28&sxsrf=ADLYWII_qzScMVNKT_xHCnu3uYPQr1KxWQ%3A1737314577750&ei=EVgNZ5PALdLGkPIPq466wAw&oq=Daddy%27s+cum+slut&gs_lp=Ehxtb2JpbGUtZ3dzLW1vZGVsZXNzLXNob3BwaW5nIhBEYWRkeSdzIGN1bSBzbHV0V0SLeZAVDvIlj-lAFwBHgAkAEAmAHDAaAB4BKqAQQwLjE1uAEDyAEA-AEBmAIoAL_CqgCA8lCBxAjGCcY6gLCAgQQIxgngnwgIKEAAYgAQYYQxiKBcICBRAAGlAEwglHEAAYgAQYYCsICBhAAGBYYHsICBRAhGKsCmAMAiACMR8QXlr4B5u05RZlHAzMuOKAH_yU&sclient=mobile-gws-modeless-shopping | | | 1/19/2025 12:23:47 PM(UTC-7) | | | **Artifact Family:** **Source Repository Path:** | **Source:** Chrome **Account:** **Source file:** EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9CEB2 (Table: visits, urls; Size: 1769472 bytes) **Service Identifier:** |

| 50 | Web History | | | Daddy's cum slut - Google Search | Evidence | 5/8/2025 12:30:35 PM | 5/8/2025 12:30:35 PM |
|---|---|---|---|---|---|---|---|
| Title | URL | | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |
| Daddy's cum slut - Google Search | https://www.google.com/search?q=Daddy%27s+cum+slut&sca_esv=a4c5c968ead58a07&hl=en-US&udm=28&sxsrf=ADLYWII_qzScMVNKT_xHCnu3uYPQr1KxWQ%3A1737314577750&ei=EVgNZ5PALdLGkPIPq466wAw&oq=Daddy%27s+cum+slut&gs_lp=Ehxtb2JpbGUtZ3dzLW1vZGVsZXNzLXNob3BwaW5nIhBEYWRkeSdzIGN1bSBzbHV0V0SLeZAVDvIlj-lAFwBHgAkAEAmAHDAaAB4BKqAQQwLjE1uAEDyAEA-AEBmAIoAL_CqgCA8lCBxAjGCcY6gLCAgQQIxgngnwgIKEAAYgAQYYQxiKBcICBRAAGlAEwglHEAAYgAQYYCsICBhAAGBYYHsICBRAhGKsCmAMAiACMR8QXlr4B5u05RZlHAzMuOKAH_yU&sclient=mobile-gws-modeless-shopping | | 1/19/2025 12:23:48 PM(UTC-7) | | | **Artifact Family:** **Source Repository Path:** | **Source:** Chrome **Account:** **Source file:** EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9CE83 (Table: visits, urls; Size: 1769472 bytes) **Service Identifier:** | |

| 51 | Web History | | | Daddy's cum slut - Google Search | Evidence | 5/8/2025 12:30:35 PM | 5/8/2025 12:30:35 PM |
|---|---|---|---|---|---|---|---|
| Title | URL | | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |
| Daddy's cum slut - Google Search | https://www.google.com/search?q=Daddy%27s+cum+slut&sca_esv=a4c5c968ead58a07&hl=en-US&udm=28&sxsrf=ADLYWII_qzScMVNKT_xHCnu3uYPQr1KxWQ%3A1737314577750&ei=EVgNZ5PALdLGkPIPq466wAw&oq=Daddy%27s+cum+slut&gs_lp=Ehxtb2JpbGUtZ3dzLW1vZGVsZXNzLXNob3BwaW5nIhBEYWRkeSdzIGN1bSBzbHV0V0SLeZAVDvIlj-lAFwBHgAkAEAmAHDAaAB4BKqAQQwLjE1uAEDyAEA-AEBmAIoAL_CqgCA8lCBxAjGCcY6gLCAgQQIxgngnwgIKEAAYgAQYYQxiKBcICBRAAGlAEwglHEAAYgAQYYCsICBhAAGBYYHsICBRAhGKsCmAMAiACMR8QXlr4B5u05RZlHAzMuOKAH_yU&sclient=mobile-gws-modeless-shopping | | 1/19/2025 12:25:04 PM(UTC-7) | | | **Artifact Family:** **Source Repository Path:** | **Source:** Chrome **Account:** **Source file:** EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9CC20 (Table: visits, urls; Size: 1769472 bytes) **Service Identifier:** | |

| 52 | Web History | | | Daddy's cum slut - Google Search | Evidence | 5/8/2025 12:30:35 PM | 5/8/2025 12:30:35 PM |
|---|---|---|---|---|---|---|---|
| Title | URL | | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |
| Daddy's cum slut - Google Search | https://www.google.com/search?q=Daddy%27s+cum+slut&sca_esv=a4c5c968ead58a07&hl=en-US&udm=28&sxsrf=ADLYWII_qzScMVNKT_xHCnu3uYPQr1KxWQ%3A1737314577750&ei=EVgNZ5PALdLGkPIPq466wAw&oq=Daddy%27s+cum+slut&gs_lp=Ehxtb2JpbGUtZ3dzLW1vZGVsZXNzLXNob3BwaW5nIhBEYWRkeSdzIGN1bSBzbHV0V0SLeZAVDvIlj-lAFwBHgAkAEAmAHDAaAB4BKqAQQwLjE1uAEDyAEA-AEBmAIoAL_CqgCA8lCBxAjGCcY6gLCAgQQIxgngnwgIKEAAYgAQYYQxiKBcICBRAAGlAEwglHEAAYgAQYYCsICBhAAGBYYHsICBRAhGKsCmAMAiACMR8QXlr4B5u05RZlHAzMuOKAH_yU&sclient=mobile-gws-modeless-shopping#sbfbu=1&pi=Daddy's%20cum%20slut | | 1/19/2025 12:24:49 PM(UTC-7) | | | **Artifact Family:** **Source Repository Path:** | **Source:** Chrome **Account:** **Source file:** EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9CE54 (Table: visits, urls; Size: 1769472 bytes) **Service Identifier:** | |

| 53 | Web History | | | i love daddy - Google Search | Evidence | 5/8/2025 12:30:35 PM | 5/8/2025 12:30:35 PM |
|---|---|---|---|---|---|---|---|
| Title | URL | | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |
| i love daddy - Google Search | https://www.google.com/search?q=i+love+daddy+&sca_esv=a4c5c968ead58a07&hl=en-US&udm=28&sxsrf=ADLYWIKPR5mtoqK4N9-rvEhVwe4S00mgwg%3A1737314626500&ei=QIGNZ4SbHtvykPIP7saqyQE&oq=i+love+daddy+&gs_lp=Ehxtb2JpbGUtZ3dzLW1vZGVsZXNzLXNob3BwaW5nIg1pIGxvdmUgZGFkZHkgMguQUABiABDIFEAAYgAQyBRAAGIAEMguQABiABDIGEAAYFhgeMgYQABgWGB4yBhAAGBYYHjIGEAAYFhgeMgYQABgWGB4yBhAAGBYYHjIGEAAYFhgeSPp0UNsOWMtocAF4AJABApgBuQGgAe4dqgEEMC4yNygBA8gBAPgBAZgCDaACwQ-oAgPCAgUQABiABLoGBgBDIoFmAMH8QWDiBp28XgkkYgGAZIHBDEuMTKgB_tb&sclient=mobile-gws-modeless-shopping | | 1/19/2025 12:25:04 PM(UTC-7) | | | **Artifact Family:** **Source Repository Path:** | **Source:** Chrome **Account:** **Source file:** EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9CBF4 (Table: visits, urls; Size: 1769472 bytes) **Service Identifier:** | |

| 54 | Web History | | | i love daddy - Google Search | Evidence | 5/8/2025 12:30:35 PM | 5/8/2025 12:30:35 PM |
|---|---|---|---|---|---|---|---|
| Title | URL | | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| i love daddy - Google Search | https://www.google.com/search?q=i+love+daddy+&sca_esv=a4c5c968ead58a07&hl=en-US&udm=28&sxsrf=ADLYWIKPR5mtoqK4N9-rvEhVwe4S00mgwg%3A1737314626500&ei=QlGNZ4SbHtvykPIP7saqyQE&oq=i+love+daddy+&gs_lp=Ehxtb2JpbGUtZ3dzLW1vZGVsZXNzLXNob3BwaW5nIg1pIGxvdmUgZGFkZHkgMgUQABiABDIFEAAYgAQyBRAAGIAEMgUQABiABDIGEAAYFhgeMgYQABgWGB4yBhAAGBYYHjIGEAAYFhgeSPp0UNsOWMtocAF4AJABApgBuQGgAe4dqgEEMC4yN7gBA8gBAPgBAZgCDaACwQ-oAgrCAgUQIRirAsICBxAjGCcY6gLCAgoQABiABBiABiABBhDGloFmAMH8QWDiBp28XgkkYgAZIHBDEuMTKgB_tb&sclient=mobile-gws-modeless-shopping | | | 1/19/2025 12:25:06 PM(UTC-7) | | | Artifact Family: Source Repository Path: | Source: Chrome Account: Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9CBC6 (Table: visits, urls; Size: 1769472 bytes) Service Identifier: | |
| 55 | Web History | | | | i love daddy - Google Search | Evidence | | 5/8/2025 12:30:35 PM | 5/8/2025 12:30:35 PM |
| Title | URL | | | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |
| i love daddy - Google Search | https://www.google.com/search?q=i+love+daddy+&sca_esv=a4c5c968ead58a07&hl=en-US&udm=28&sxsrf=ADLYWIKPR5mtoqK4N9-rvEhVwe4S00mgwg%3A1737314626500&ei=QlGNZ4SbHtvykPIP7saqyQE&oq=i+love+daddy+&gs_lp=Ehxtb2JpbGUtZ3dzLW1vZGVsZXNzLXNob3BwaW5n...shopping | | | 1/19/2025 12:25:08 PM(UTC-7) | | | Artifact Family: Source Repository Path: | Source: Chrome Account: Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9CB97 (Table: visits, urls; Size: 1769472 bytes) Service Identifier: | |
| 56 | Web History | | | | i love daddy - Google Search | Evidence | | 5/8/2025 12:30:35 PM | 5/8/2025 12:30:35 PM |
| Title | URL | | | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |
| i love daddy - Google Search | https://www.google.com/search?q=i+love+daddy+&sca_esv=a4c5c968ead58a07&hl=en-US&udm=28&sxsrf=ADLYWIKPR5mtoqK4N9-rvEhVwe4S00mgwg%3A1737314626500&ei=QlGNZ4SbHtvykPIP7saqyQE&oq=i+love+daddy+&gs_lp=Ehxtb2JpbGUtZ3dzLW1vZGVsZXNzLXNob3BwaW5n...shopping#ip=1 | | | 1/19/2025 12:25:33 PM(UTC-7) | | | Artifact Family: Source Repository Path: | Source: Chrome Account: Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9CB69 (Table: visits, urls; Size: 1769472 bytes) Service Identifier: | |
| 57 | Web History | | | | Daddy's butt slut - Google Search | Evidence | | 5/8/2025 12:30:35 PM | 5/8/2025 12:30:35 PM |
| Title | URL | | | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |
| Daddy's butt slut - Google Search | https://www.google.com/froogle?client=ms-android-cricket-us-revc&sca_esv=96376e12f89d18b9&hl=en-US&cs=1&output=search&q=Daddy%27s+butt+slut&tbm=shop&source=lnms&fbs=AEQNm0B3WNFCYvaBrNDHYAL-6rQSgOnttp4UYjzSIkm7NCfGkE3iM6FjqMtSN3ws797mLSEa3sCF0YZL5djHWwUN2jcd42QpEMfE423t3ZnUkEPIotTQcc1daqb4d-1gt2SiEirCxwcXiUn0p80AUiVhVbT4p74QYE2Faj4wDj0UqPA7A3aeFgvIAmqQMZePnrsS6u4hc1hDPPyVhuozwTZ7v88tDTECzNYC8ZMbhIF2brcVC3Imf6I&ved=1t%3A200715&ictx=111 | | | 1/19/2025 1:24:43 PM(UTC-7) | | | Artifact Family: Source Repository Path: | Source: Chrome Account: Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9C8F5 (Table: visits, urls; Size: 1769472 bytes) Service Identifier: | |
| 58 | Web History | | | | Daddy's butt slut - Google Search | Evidence | | 5/8/2025 12:30:35 PM | 5/8/2025 12:30:35 PM |
| Title | URL | | | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |
| Daddy's butt slut - Google Search | https://www.google.com/search?q=Daddy%27s+butt+slut&hl=en-US&ved=1t:200715&ictx=111&tbm=shop&shopcct=1 | | | 1/19/2025 1:24:43 PM(UTC-7) | | | Artifact Family: Source Repository Path: | Source: Chrome Account: Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9C805 (Table: visits, urls; Size: 1769472 bytes) Service Identifier: | |
| 59 | Web History | | | | Daddy's butt slut - Google Search | Evidence | | 5/8/2025 12:30:35 PM | 5/8/2025 12:30:35 PM |
| Title | URL | | | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Daddy's butt slut - Google Search | https://www.google.com/search?q=Daddy%27s+butt+slut&hl=en-US&ved=1t:200715&ictx=111&shopcct=1&udm=28 | | 1/19/2025 1:24:43 PM(UTC-7) | | | Artifact Family: Source Repository Path: | Source: Chrome Account: Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9C706 (Table: visits, urls; Size: 1769472 bytes) Service Identifier: | |
| 60 | Web History | | | Daddy's butt slut - Google Search | Evidence | | 5/8/2025 12:30:35 PM | 5/8/2025 12:30:35 PM |
| Title | URL | | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |
| Daddy's butt slut - Google Search | https://www.google.com/search?q=Daddy%27s+butt+slut&hl=en-US&ved=1t:200715&ictx=111&shopcct=1&udm=28#ip=1 | | 1/19/2025 1:25:40 PM(UTC-7) | | | Artifact Family: Source Repository Path: | Source: Chrome Account: Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9C6D7 (Table: visits, urls; Size: 1769472 bytes) Service Identifier: | |
| 61 | Web History | | | butt plug panties - Google Search | Evidence | | 6/4/2025 2:27:43 PM | 6/4/2025 2:27:43 PM |
| Title | URL | | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |
| butt plug panties - Google Search | https://www.google.com/froogle?client=ms-android-cricket-us-revc&sca_esv=4045e92abb6159d4&hl=en-US&cs=1&output=search&q=butt+plug+panties&tbm=shop&source=lnms&fbs=AEQNm0DGb0UmCZV4X1Xihh0fb4FcqbD6PIvHyniTEeCMIkSAnT2Fox0WjBHI3XPUP0vTHg4I0aCOWnBkxB0ZDvGIJ3VLDnwAGR_iDUZAwyRLx9EaAeiB1tVSHs-i6a17Hkd4J2m7zJBygzWEv9GQYTPx-Ma1DgumqnbUNtmJUU2V_6sA1OhmVc49ch6Z2uYvRR9kKVdnQj-xUF2NmDlV0LbrOYtQezHrcZAolR_5ixFxZwDB25G-AmA&ved=1t%3A200715&ictx=111 | | 1/19/2025 12:28:26 PM(UTC-7) | | | Artifact Family: Source Repository Path: | Source: Chrome Account: Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9CB2D (Table: visits, urls; Size: 1769472 bytes) Service Identifier: | |
| 62 | Web History | | | butt plug panties - Google Search | Evidence | | 6/4/2025 2:27:43 PM | 6/4/2025 2:27:43 PM |
| Title | URL | | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |
| butt plug panties - Google Search | https://www.google.com/search?q=butt+plug+panties&hl=en-US&ved=1t:200715&ictx=111&tbm=shop&shopcct=1 | | 1/19/2025 12:28:26 PM(UTC-7) | | | Artifact Family: Source Repository Path: | Source: Chrome Account: Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9CB06 (Table: visits, urls; Size: 1769472 bytes) Service Identifier: | |
| 63 | Web History | | | butt plug panties - Google Search | Evidence | | 6/4/2025 2:27:43 PM | 6/4/2025 2:27:43 PM |
| Title | URL | | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |
| butt plug panties - Google Search | https://www.google.com/search?q=butt+plug+panties&hl=en-US&ved=1t:200715&ictx=111&shopcct=1&udm=28 | | 1/19/2025 12:28:26 PM(UTC-7) | | | Artifact Family: Source Repository Path: | Source: Chrome Account: Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9CADB (Table: visits, urls; Size: 1769472 bytes) Service Identifier: | |
| 64 | Web History | | | butt plug thong - Google Search | Evidence | | 6/4/2025 2:27:43 PM | 6/4/2025 2:27:43 PM |
| Title | URL | | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| butt plug thong - Google Search | https://www.google.com/Mobile-Directions-android-cricket-us-revc&sca_esv=4045e92abb6159d4&hl=en-US&cs=1&output=search&q=butt+plug+thong&tbm=shop&source=lnms&fbs=AEQNm0BQnt7zAbYc7pfb73NclYsnNpOcmRJFbgACWHbpoAchATaLxd82CzM0RyPJsAlxQLah83KXIXhqqGxamMOB1y4O8j1XvyApxT7XAEqTQKgejG4LlKSd8KTYYRmXNvBeNoNdiHsWFSK-SJiCCWqAb1JEgHiUf33ZkVRExXZeUrtGu6InBjDAO9qVZVqgPDoMFpRIDrXi0hJ82KZbiifq_JPFjQIBKjDzuThOqSb-pMZBw2jjMi4&ved=1t%3A200715&ictx=111 | | 1/19/2025 12:31:41 PM(UTC-7) | | | Artifact Family:<br><br>Source Repository Path: | Source: Chrome<br>Account:<br>Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9CA9F (Table: visits, urls; Size: 1769472 bytes)<br>Service Identifier: | |
| 65 | Web History | | | butt plug thong - Google Search | | Evidence | 6/4/2025 2:27:43 PM | 6/4/2025 2:27:43 PM |
| Title | URL | | | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |
| butt plug thong - Google Search | https://www.google.com/search?q=butt+plug+thong&hl=en-US&ved=1t:200715&ictx=111&tbm=shop&shopcct=1 | | 1/19/2025 12:31:41 PM(UTC-7) | | | Artifact Family:<br><br>Source Repository Path: | Source: Chrome<br>Account:<br>Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9CA78 (Table: visits, urls; Size: 1769472 bytes)<br>Service Identifier: | |
| 66 | Web History | | | butt plug thong - Google Search | | Evidence | 6/4/2025 2:27:43 PM | 6/4/2025 2:27:43 PM |
| Title | URL | | | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |
| butt plug thong - Google Search | https://www.google.com/search?q=butt+plug+thong&hl=en-US&ved=1t:200715&ictx=111&shopcct=1&udm=28 | | 1/19/2025 12:31:41 PM(UTC-7) | | | Artifact Family:<br><br>Source Repository Path: | Source: Chrome<br>Account:<br>Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9CA4D (Table: visits, urls; Size: 1769472 bytes)<br>Service Identifier: | |
| 67 | Web History | | | butt plug thong - Google Search | | Evidence | 6/4/2025 2:27:43 PM | 6/4/2025 2:27:43 PM |
| Title | URL | | | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |
| butt plug thong - Google Search | https://www.google.com/search?q=butt+plug+thong&hl=en-US&ved=1t:200715&ictx=111&shopcct=1&udm=28#ip=1 | | 1/19/2025 12:33:05 PM(UTC-7) | | | Artifact Family:<br><br>Source Repository Path: | Source: Chrome<br>Account:<br>Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9CA1F (Table: visits, urls; Size: 1769472 bytes)<br>Service Identifier: | |
| 68 | Web History | | | Plug Thong | eBay | | Evidence | 6/4/2025 2:27:43 PM | 6/4/2025 2:27:43 PM |
| Title | URL | | | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |
| Plug Thong | eBay | https://www.ebay.com/shop/plug-thong?_nkw=plug+thong | | 1/19/2025 12:33:26 PM(UTC-7) | | | Artifact Family:<br><br>Source Repository Path: | Source: Chrome<br>Account:<br>Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9C9DF (Table: visits, urls; Size: 1769472 bytes)<br>Service Identifier: | |
| 69 | Web History | | | Plug Thong - Etsy | | Evidence | 6/4/2025 2:27:43 PM | 6/4/2025 2:27:43 PM |
| Title | URL | | | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Plug Thong - Etsy | https://www.etsy.com/market/plug_thong | | | 1/19/2025 12:33:38 PM(UTC-7) | | | Artifact Family:<br>Source Repository Path: | Source: Chrome<br>Account:<br>Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9C99F (Table: visits, urls; Size: 1769472 bytes)<br>Service Identifier: | |
| 70 | Web History | | | | Plug Thong - Etsy | Evidence | | 6/4/2025 2:27:43 PM | 6/4/2025 2:27:43 PM |
| Title | URL | | | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |
| Plug Thong - Etsy | https://www.etsy.com/market/plug_thong | | | 1/19/2025 12:34:15 PM(UTC-7) | | | Artifact Family:<br>Source Repository Path: | Source: Chrome<br>Account:<br>Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9C931 (Table: visits, urls; Size: 1769472 bytes)<br>Service Identifier: | |
| 71 | Web History | | | | Custom Name Thong Flower Mesh Embroidery Gathered Lingerie Set, Custom Thong With Letter - Etsy | Evidence | | 6/4/2025 2:27:43 PM | 6/4/2025 2:27:43 PM |
| Title | URL | | | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |
| Custom Name Thong Flower Mesh Embroidery Gathered Lingerie Set, Custom Thong With Letter - Etsy | https://www.etsy.com/listing/1716465751/custom-name-thong-flower-mesh-embroidery?click_key=bb9ab50e96eacfe15cbe3664940964de96858d69%3A1716465751&click_sum=fba07525&ga_order=most_relevant&ga_search_type=all&ga_view_type=gallery&ga_search_query=plug+thong&ref=sr_gallery-1-5&organic_search_click=1&pro=1&frs=1&content_source=07b7a030db8ed3a63d97b2e2fa90d0b1a2e13b85%253A1716465751 | | | 1/19/2025 12:34:09 PM(UTC-7) | | | Artifact Family:<br>Source Repository Path: | Source: Chrome<br>Account:<br>Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9C973 (Table: visits, urls; Size: 1769472 bytes)<br>Service Identifier: | |
| 72 | Web History | | | | Extreme Sex Toys, Bondage, & Fucking Machines | Evidence | | 6/4/2025 2:27:43 PM | 6/4/2025 2:27:43 PM |
| Title | URL | | | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |
| Extreme Sex Toys, Bondage, & Fucking Machines | https://www.extremerestraints.com/ | | | 1/19/2025 12:39:32 PM(UTC-7) | | | Artifact Family:<br>Source Repository Path: | Source: Chrome<br>Account:<br>Source file: EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9C8B6 (Table: visits, urls; Size: 1769472 bytes)<br>Service Identifier: | |
| ██ | ██████ | | | ████ | ████ | ██████ | ████████ | ██████████ | ████ |
| ██ | ██ | | | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ████████ | | | ████ | ██ | ████ | ████ | ██████ | |
| Title | URL | | | Last Visited | Visits | Usage Pattern | Additional info | Source Info | Deleted |